# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD BROOKS, ) | |
| ) | C.A. No. 1:21-cv-01181-MN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | TRIAL BY JURY |
| WATERMARK RETIREMENT ) | |
| COMMUNITIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Leonard Brooks ("Plaintiff") and Defendant Watermark Retirement Communities, Inc. ("Watermark"), through undersigned counsel, hereby jointly stipulate to dismissal of this case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without attorneys' fees, costs and/or expenses being awarded to any party.

The dismissal pertains to all claims in the Complaint that Plaintiff filed in the United States District Court for the District of Delaware Docket No. 1:21-cv-01181-MN on August 17, 2021. This Joint Stipulation is being made with the consent of all parties to this action who have each authorized their respective undersigned counsel to execute and submit this Joint Stipulation of Dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **KATE BUTLER LAW LLC** | **JACKSON LEWIS P.C.** |
| Kate Butler | John M. Nolan, Esquire |
| Attorney for Plaintiff | Attorney for Defendant |
| 1509 Gilpin Avenue | Watermark Retirement Communities, Inc. |
| Suite 3 | 1601 Cherry Street |
| Wilmington, DE 19806 | Suite 1350 |
| | Philadelphia, PA 19102 |
| By_____ | By____/s/ *John M. Nolan*_____ |
| Kate Butler | John M. Nolan, Esquire |
| | |
| Dated: May 9, 2022 | Dated: May 9, 2022 |